UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| V. | NO. 00-146 |
| ALLEN SPEARS | SECTION "F" |

ORDER

On November 6, 2007, Allen Spears filed a Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. 3582(c)(2). In order for the Court to determine the action, if any, that shall be taken on this application,

IT IS ORDERED: that the Clerk of Court serve a copy of the application and this Order on the United States Attorney for the Eastern District of Louisiana.

IT IS FURTHER ORDERED: that the United States Attorney for the Eastern District of Louisiana file with this Court, on or before January 8, 2008, an answer containing a written statement of the Government's position concerning petitioner's application and a list of citations of authorities upon which the Government relies.

New Orleans, Louisiana, November 9, 2007.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1