```
                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-146 |
| v. | * | SECTION: "F" |
| ALLEN SPEARS | * | |
| | * * * | |

**GOVERNMENT'S MOTION AND INCORPORATED MEMORANDUM TO
<u>EXTEND TIME TO FILE A RESPONSE</u>**

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and, for the reasons set forth below, with respect requests an extension of time to file its response to Allen Spears's "Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2)."

Amendment 706 of the United States Sentencing Guidelines (USSG), which has prospective application beginning on November 1, 2007, reduced by two levels the guideline range for crack cocaine offenses under §2D1.1 of the USSG. Amendment 711 of the United States Sentencing Guidelines provides that Amendment 706 applies retroactively, but Amendment 711 does not become effective until March 3, 2008.

On November 6, 2007, defendant Allen Spears ("Spears") filed a motion to modify his term of imprisonment in accordance with Amendment 706. This Court ordered that the government file a response by January 8, 2008, but the Assistant United States Attorney formerly assigned to this case, John Morello, retired and the case was inadvertently not transferred to another Assistant United States Attorney for preparation of a response.

The government will not be able to state its position with respect to re-sentencing under reduced guideline ranges until after March 3, 2008, the effective date of retroactive application of Amendment 706 reducing the guidelines, **and** until after the United States Probation Office (USPO) recalculates the guideline ranges based upon the guideline amendment.

It is anticipated that numerous motions under 18 U.S.C. § 3582 will be filed in the next several months and USPO will likely target those inmates who have filed motions under § 3582 and whose anticipated release dates are scheduled within the next year for immediate preparation of recalculated guideline ranges. The Federal Bureau of Prison website, www.bop.gov, lists Spears's projected release date as March 4, 2010, and so a reasonable delay in responding to the motion likely will not prejudice him.

On January 24 and 25, 2008, a Sentencing Summit sponsored by the Administrative Office of the United States Courts was held in

St. Louis, Missouri, during which attendees discussed practices, policies and issues arising with respect to the many § 3582 motions which are expected to be filed. The type of report to be prepared by USPO when a § 3582 motion is under consideration was discussed and is still in the preliminary stages of being developed.

For these reasons, the government seeks an extension of time to April 28, 2008, to respond to the instant motion. If, prior to this date, a streamlined process for considering these types of sentencing reduction motions is developed and the USPO prepares the necessary report for the Court in its consideration of Spears's § 3582 motion, the government will respond earlier than the scheduled date.

**WHEREFORE**, for the aforementioned reasons, the government hereby requests an extension of time until Monday, April 28, 2008, to file its response to Spears's "Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c).

    Respectfully submitted,

    JIM LETTEN
    UNITED STATES ATTORNEY

    /s/ Tracey Knight
    Tracey Knight (Bar #23165)
    Assistant United States Attorney
    Hale Boggs Federal Building
    500 Poydras St., Room 210-B
    New Orleans, LA 70130
    Telephone: (504) 680-3080

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. The defendant is a pro se prisoner, therefore, undersigned counsel certifies that a copy has been sent to Allen Spears, #27050-034, FCC Yazoo City Camp, P. O. Box 5000, Yazoo City MS 39194, who is proceeding *pro se*, by U.S. Postal Service, postage prepaid and properly addressed.

/s/ Tracey N. Knight
TRACEY N. KNIGHT
Assistant U.S. Attorney