```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA        *      CRIMINAL NO. 00-146

          v.                    *      SECTION:  "F"

ALLEN SPEARS                    *

                          *     *     *
```

### O R D E R

Considering the foregoing motion, for the reasons stated therein;

**IT IS ORDERED** that the government's request for an extension of time until Monday, April 28, 2008, to respond to the Motion of Allen Spears to Modify Term of Imprisonment pursuant to 18 U.S.C. § 3582(c)(2), is **GRANTED.**

New Orleans, Louisiana, this _____ day of January, 2008.

```
                                  _____
                                  UNITED STATES DISTRICT JUDGE
```