```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA      *    CRIMINAL NO. 00-146

         v.                   *    SECTION:  "F"

ALLEN SPEARS                  *

                    *    *    *
```

### MOTION AND INCORPORATED MEMORANDUM
### TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully requests that this Court enter an order allowing Tracey N. Knight to be enrolled as counsel of record for the United States. Undersigned will be preparing the government's response to Allen Spears' Motion to Modify Term of Imprisonment.

**WHEREFORE** undersigned counsel respectfully requests that she be enrolled as counsel of record for the United States of America.

```
                         Respectfully submitted,

                         JIM LETTEN
                         UNITED STATES ATTORNEY

                         /s/ Tracey N. Knight
                         TRACEY N. KNIGHT (Bar #23165)
                         Assistant United States Attorney
                         500 Poydras Street, Room 210-B
                         New Orleans, Louisiana  70130
                         Telephone:  (504) 680-3080
```

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

I further certify that a copy of the foregoing has been served upon pro se prisoner Allen Spears, by mailing same, properly addressed and postage prepaid this 30th day of January, 2008.

```
                         /s/ Tracey N. Knight
                         TRACEY N. KNIGHT
                         Assistant United States Attorney
```