```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      *     CRIMINAL NO. 00-146

          v.                  *     SECTION: "F"

ALLEN SPEARS                  *

                         *    *    *
```

**O R D E R**

Considering the foregoing,

**IT IS HEREBY ORDERED** that TRACEY N. KNIGHT be enrolled as counsel of record for the United States of America in the above-captioned case.

New Orleans, Louisiana, this \_\_\_\_ day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE