

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-146 |
| v. | * | SECTION: "F" |
| ALLEN SPEARS | * | |

\* \* \*

#### O R D E R

Considering the foregoing motion, for the reasons stated therein;

**IT IS ORDERED** that the government's request for an extension of time until Monday, April 28, 2008, to respond to the Motion of Allen Spears to Modify Term of Imprisonment pursuant to 18 U.S.C. § 3582(c)(2), is **GRANTED**.

New Orleans, Louisiana, this 31st day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

___Fee_____
___Process____
_X_Dktd_____
___CtRmDep___
___Doc. No.___