

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-146 |
| v. | * | SECTION: "F" |
| ALLEN SPEARS | * | |

\* \* \*

### O R D E R

Considering the foregoing,

**IT IS HEREBY ORDERED** that TRACEY N. KNIGHT be enrolled as counsel of record for the United States of America in the above-captioned case.

New Orleans, Louisiana, this 31st day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____